1
2
3
4
5
6

Judge John C. Coughenour

7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,  )  No. CR05-393JCC
                              )
10                 Plaintiff,  )  ORDER CONTINUING
                              )  TRIAL DATE AS TO
11         v.                  )  DEFENDANT GILL
                              )
12  RUPINDER SINGH GILL,       )
                              )
13                 Defendant.  )
    _____ )
14

15    On December 1, 2005, the Court issued an Order Continuing Trial date in the

16 above-captioned case (Dkt. No. 70). Pursuant to 18 U.S.C. § 3161(h)(7) and *United*

17 *States v. Daychild*, 357 F.3d 1082, 1091–92 (9th Cir. 2004), the Court's December 1,

18 2005 order applies to Defendant Rupinder Singh Gill because no motion to sever has

19 been filed by any party.

20    The Court also finds that the ends of justice served by ordering this continuance as

21 to Defendant Gill outweigh the interests of the public and the defendant in any speedier

22 trial, within the meaning of Title 18, United States Code,

23 Section 3161(h)(8)(A).

24 //
25 //
26 //
27 //
28 //

ORDER CONTINUING TRIAL/GILL — 1
CR05-393 JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the trial for all defendants shall be continued |
| 2 | to April 17, 2006 for the reasons set forth in the Court's December 1, 2005 order. |
| 3 | IT IS FURTHER ORDERED that the trial date be continued from December 12, 2005, to |
| 4 | April 17, 2006, and that the time between the former trial date and the new trial date be |
| 5 | excludable time under the Speedy Trial Act pursuant to 18 U.S.C. sections 3161(h)(8)(A). |
| 6 | It is FURTHER ORDERED that all pretrial motions shall be filed on or before |
| 7 | February 21, 2006. |
| 8 | |
| 9 | DATED this 7th day of December, 2005. |

_____

UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jill Otake
_____
JILL OTAKE
Assistant United States Attorney
Washington Bar No. 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4254
Fax: 206-553-0755
E-mail: Jill.Otake@usdoj.gov

ORDER CONTINUING TRIAL/GILL — 2
CR05-393 JCC

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970