# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CR05-393 JCC** |
| ) | |
| RUPINDER SINGH GILL, ) | |
| ) | |
| Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pursuant to information received from counsel, and at counsel's request, the *Ex Parte* Motion filed May 9, 2006 (dkt #116 ) is hereby STRICKEN as Moot.

Dated this 2nd day of June , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**